**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 25, 2019

*By ECF and e-mail*

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Faizul Hussein*, 19 Cr. 40 (WHP)

Dear Judge Pauley:

>Application granted. Defendant to be accompanied by an adult family member at all times and to return to his residence no later than 8:00 p.m.
>
>SO ORDERED:
>
>WILLIAM H. PAULEY III
>U.S.D.J.
>
>November 27, 2019

I write to respectfully request that the Court modify the conditions of Mr. Hussain's release to allow him to celebrate Thanksgiving at his brother's house in Valley Stream, Long Island, on November 28, 2019. Both the Government and Pretrial Services oppose the request. Pretrial's opposition, though, is a matter of policy; that is, it objects to all Thanksgiving visits or other requests of a social nature for all defendants on home detention or home incarceration. Mr. Hussain's Pretrial Services Officer – John Moscato – made clear in responding to this request, that his objection is not specific to Mr. Hussain, who has been wholly compliant with all the conditions of his release for over a year. Mr. Hussain's very strict conditions include home incarceration, and that he be accompanied by an adult family member at all times whenever he is outside of his home, including during family visits. Mr. Hussain's very supportive and responsible family has been scrupulous in following these conditions, and the adults who have been accompanying Mr. Hussain (his parents and siblings) also plan on attending the Thanksgiving gathering. Magistrate Judge Moses granted a similar request last Thanksgiving, *see* Docket Entry 10.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc: Peter Davis, Esq., by ECF
John Moscato, Pretrial Services Officer, by e-mail