Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 19, 2019

Application granted.

SO ORDERED:

/s/ William H. Pauley
WILLIAM H. PAULEY III
U.S.D.J.

December 19, 2019

*By ECF and e-mail*

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Faizul Hussein*, 19 Cr. 40 (WHP)

Dear Judge Pauley:

    I write to respectfully request that the Court modify the conditions of Mr. Hussain's release to allow him to celebrate Christmas Eve at his brother's house in Valley Stream, Long Island. (As the Court is likely aware, Mr. Hussain and his family are Muslims. Jesus is considered a major prophet in Islam, and the Hussain family holds a small, family-only Christmas Eve celebration each year.) We request that Mr. Hussain, who is on home incarceration, be allowed to leave his home at 6 p.m. on December 24, 2019, and return by midnight. Mr. Hussain will be accompanied by adult family members at all time, including his parents, with whom he lives. The Government opposes the request, and while Mr. Hussain's Pretrial Services Officer is out of the office, my understanding from prior requests is that the Office would likely oppose the request as a matter of policy towards all defendants on home detention who request to leave their home for social reasons. Mr. Hussain has been wholly compliant with all the conditions of release.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:  Peter Davis, Esq., by ECF
      John Moscato, Pretrial Services Officer, by e-mail