# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 14, 2020

*By ECF and e-mail*

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted. Mr. Hussein's surrender date is adjourned to July 29, 2020.

SO ORDERED:

/s/ William H. Pauley
WILLIAM H. PAULEY III
U.S.D.J.

April 14, 2020

Re: *United States v. Faizul Hussein*, 19 Cr. 40 (WHP)

Dear Judge Pauley**:**

    I write on consent of the Government (Assistant U.S. Attorney Peter Davis), to respectfully request that the Court extend Mr. Hussain's surrender date – which is currently May 27, 2020 – by 60 days in light of the COVID-19 pandemic.

    Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc: Peter Davis, Esq., by ECF
      John Moscato, Pretrial Services Officer, by e-mail