**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 16, 2020

*By ECF and e-mail*

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Faizul Hussain*, 19 Cr. 40 (WHP)

Dear Judge Pauley**:**

      I write on consent (Assistant U.S. Attorney Peter Davis) to respectfully request that the Court extend Mr. Hussain's surrender date – which is currently July 29, 2020 – by 60 days in light of the COVID-19 pandemic. At this time, the BOP is not allowing defendants to surrender directly to their designated facilities, but must report to one of three quarantine sites – located in Missouri, California, and Oklahoma City – or to a "BOP detention center/jail unit," which may possibly include the MDC or the MCC. *See BOP Implementing Modified Operations*, available at: https://www.bop.gov/coronavirus/covid19_status.jsp. All of these options would be particularly difficult for Mr. Hussain given his medical condition. Although we can't predict the future, I'm hopeful that by September things may normalize a bit and Mr. Hussain will be able to report directly to his designated facility to serve his sentence.

      Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:   Peter Davis, Esq., by ECF

Application granted.  Surrender date adjourned to September 30, 2020.
SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

June 16, 2020