**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 29, 2020

*By ECF and e-mail*

Application granted.

SO ORDERED:

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

_____
WILLIAM H. PAULEY III
U.S.D.J.

Re:   *United States v. Faizul Hussein*, 19 Cr. 40 (WHP)

June 30, 2020

Dear Judge Pauley**:**

      I write to respectfully request that the Court modify the conditions of Mr. Hussain's release to allow him to celebrate July 4th at his brother's house in Valley Stream, Long Island. It will be a small backyard celebration for family members only. (The family is very cognizant of all COVID-19 restrictions and best practices.) We request that Mr. Hussain, who is on home incarceration, be allowed to leave his home at 11 a.m. on July 4, 2020, and return by 10 p.m. that night. Mr. Hussain will be accompanied by his parents and other adult family members at all times. As with prior requests, both the Government and Pretrial Services oppose the requested modification. In his response to the request, John Moscato, Mr. Hussain's Pretrial Services Officer, explained that his office's objection was one of policy towards all defendants on home detention or home incarceration seeking permission for social visits, and was not specific to Mr. Hussain. Mr. Moscato noted that Mr. Hussain remains wholly compliant with all the conditions of release.

      Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:   Peter Davis, Esq., by ECF, and by e-mail
        John Moscato, Pretrial Services Officer, by e-mail