# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 18 2020

*By ECF and e-mail*

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

Re:     *United States v. Faizul Hussein*, 19 Cr. 40 (WHP)

August 18, 2020

Dear Judge Pauley:

     I write to respectfully request that the Court modify the conditions of Mr. Hussain's release to allow him to attend a family-only outdoor birthday gathering at his brother's house on August 22, 2020. (The family is very cognizant of all COVID-19 restrictions and best practices.) We request that Mr. Hussain, who is on home incarceration, be allowed to leave his home at 11 a.m. on August 22, 2020, and return by 10 p.m. that night. Mr. Hussain will be accompanied by his parents and other adult family members at all times. As with prior requests, both the Government and Pretrial Services oppose the requested modification. Mr. Hussain remains wholly compliant with all the conditions of release.

     Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:     Peter Davis, Esq., by ECF, and by e-mail
       John Moscato, Pretrial Services Officer, by e-mail