UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                  19-cr-40 (PKC)

      -against-                                               ORDER

FAIZUL HUSSAIN,

                      Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government shall respond to defendant's motion for sentence reduction filed pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) by February 8, 2023.  The defendant may reply by February 23, 2023.

        SO ORDERED.

                                                          P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
          January 9, 2023